IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| ODELL BOYKIN, | : |
| Plaintiff, | : |
| vs. | : Civil Action Number: |
| | : 4:13-cv-00170-CDL |
| BURT'S BUTCHER SHOPPE and EATERY, INC., and BURTON STACEY, JR., | : |
| Defendants. | : |

## ORDER

The above-styled case is before the Court on Plaintiff's Motion for Review and Approval of Settlement and Release Agreement. Plaintiff has requested that the Court review and approve the proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, the Motion is **GRANTED.** The Settlement Agreement and Release is **APPROVED** and incorporated herein. The Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

-- 2 --

IT IS SO ORDERED, this 29th day of September, 2014.

                    s/Clay D. Land
                    Clay D. Land
                    United States District Court Judge